## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Central District of California

Case Number: 2:22-CV-08958 DSF
(PDX)

Plaintiff:
**JOBVITE, INC.**

vs.

Defendant:
**LOCKET IP LLC**

Received these papers on the 14th day of December, 2022 at 5:45 pm to be served on LOCKET IP LLC care of its Registered Agent, INCORP SERVICES, INC., 815 Brazos Street, Suite 500, Austin, Travis County, TX 78701.

I, Thomas Kroll, being duly sworn, depose and say that on the 15th day of December, 2022 at 9:40 am,

I, hand-delivered a true copy of this 0001-2022-12-09 DJ Complaint [Served]; 0002-2022-12-09 Civil Cover Sheet [Served]; 0003-2022-12-09 Request for Issuance [Served]; 0004-2022-12-09 Jobvite Corp Disclosure Statement [Served];0005-2022-12-09 Report on Filing a Patent Case [Served]; 0006-2022-12-12 Exhibits to [0001] Complaint (w Exs) [Served]; 0007-2022-12-12 Notice of Judge Assignment [Served]; 0008-2022-12-12 Notice Re Court-Directed ADR Program [Served]; 0009-2022-12-12 Notice Re Consent to Proceed Before a Magistrate Judge [Served]: 0010-2022-12-12 Summons [Served]; 0011-2022-12-12 Notice of PHV Application Due [Served], to LOCKET IP LLC care of its Registered Agent, INCORP SERVICES, INC. by and through its authorized agent, JASON CASEY, at the address of: 815 Brazos Street, 1st Floor Lobby, Austin, Travis County, TX 78701, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 15th day of December, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Thomas Kroll
PSC - 3012, Exp. 8/31/2023

Our Job Serial Number: THP-2022006716
Ref: 348-0426

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JOBVITE, INC. <br><br> *Plaintiff(s)* <br> v. <br> LOCKET IP LLC <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-08958 DSF (PDx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LOCKET IP LLC
c/o Registered Agent: INCORP SERVICES, INC.
3333 Preston Road, Suite 300
Frisco, TX 75034-9013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Willmore F. Holbrow III
Buchalter, APC
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 12/12/2022

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-08958

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                    *Server's signature*

**RETURN / AFFIDAVIT**
**PROOF / ATTACHED**           _____
                                *Printed name and title*

                               _____
                                *Server's address*

Additional information regarding attempted service, etc: